NEPONSET NATIONAL BANK,. Respondent, v. HARRIS T. DUNBAR et al., as Executors of CHARLES F. DUNBAR, Deceased, Appellants.

*Neponset Nat. Bank* v. *Dunbar,* 166 App. Div. 970, affirmed.
(Argued January 16, 1917; decided January 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1915, upon an order reversing a judgment in favor of defendants entered upon a verdict directed by the court and directing judgment in favor of plaintiff in an action to recover upon two promissory notes. The defense was that the notes were delivered for the accommodation of the plaintiff and upon the express understanding and condition that at no time should any liability be predicated upon said notes, and that said notes were delivered and accepted upon the aforesaid express understanding and condition and solely for the accommodation of the plaintiff.

*Frederick C. Slee* for appellants.

*John W. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Not voting: CUDDEBACK, J.

---

WASHINGTON SAVINGS BANK, Respondent, v. TITLE AND GUARANTEE COMPANY OF ROCHESTER et al., Appellants.
SAME, Respondent, v. SAME, Appellants.

*Washington Sav. Bank* v. *Title & Guarantee Co. of Rochester,* 174 App. Div. 908, affirmed.
(Submitted January 16, 1917; decided January 30, 1917.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme

Court in the first judicial department, entered July 18, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought to recover a sum of money advanced to the appellant, the Title and Guarantee Company of Rochester, by the respondent, for which the appellant, the Title and Guaranty Company of Rochester, agreed to transfer to the respondent bonds and mortgages · or participation interests therein, which it failed to do:

*George M. Mackellar* and *Martin A. Schenck* for appellants.

*Joseph A. Kellogg* and *Wilbert Ward* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and POUND, JJ. Not sitting: HOGAN and CARDOZO, JJ.